**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00638-LTB

WILLIAM LEE LORNES THE 3RD,

    Plaintiff,

v.

RAIASS,
HARIASS,
MAJOR THEAN,
SARGEANT DORDY,
CRYSTINA WASHENBURG,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This matter is before the Court on the documents that Plaintiff, William Lee Lornes the Third, filed with the Court since May 4, 2012, in this closed civil rights case. Because Mr. Lornes used the docket number for this case, No. 12-cv-00638-LTB, all these documents (ECF Nos. 23-28) were filed in this case. However, the Court will not address the contents of these documents because this case is closed.

    If Mr. Lornes intended to initiate separate actions by filing these documents, he must not use the docket number for this closed case. Instead, if he wishes to pursue his claims, he must submit the documents appropriate to initiate a new action or actions without using any docket number, so that the clerk of the Court may initiate the new action or actions, and assign an appropriate docket number to each case.

Dated: July 2, 2012